IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN DOE

     Plaintiff,

v.

DEFENDANT IDENTIFIED ON
SCHEDULE A

     Defendant.

Case No. 1:26-cv-04594

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff files this Motion requesting leave to file the following documents under seal: (1) Plaintiff's unredacted Complaint, and the accompanying exhibits, which include additional allegations reflecting the Parties' identities, the disclosure of which would compromise the confidentiality of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order, including a Temporary Injunction, a Temporary Asset Restraint, Expedited Discovery ("Plaintiff's TRO Motion"); (2) Schedule A attached to the Complaint, which identifies the Defendant and the infringing product; (3) Exhibit A attached to the Complaint, which identifies Plaintiff's copyrighted work asserted in this action; and (4) Exhibit B attached to the Complaint, which constitutes the Certificate of Registration for Plaintiff's copyrighted work asserted in this action; and (5) Plaintiff's unredacted Memorandum in support of its TRO Motion, and accompanying supporting declaration and exhibits, which include screenshot printouts showing the infringing activities by Defendant as well as information regarding Plaintiff.

In this action, Plaintiff is requesting temporary *ex parte* relief based on an action asserting copyright infringement. Sealing of the files is necessary to prevent Defendant from learning of these proceedings prior to execution of the temporary restraining order.

1

2

If Defendant were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying law and would interfere with this Court's power to grant relief.  Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will move to unseal these documents.

Dated: April 24, 2026

Respectfully submitted,

/s/ Longhao Wang
Longhao Wang
LW Legal LLC
150 S. Wacker, Suite 2400
Chicago, IL 60606
718-200-9474
lwang@lwlegalfirm.com

*Counsel for Plaintiff*

2